UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
          THE HONORABLE M. MILLER BAKER, JUDGE

_____
                                              )
J. CONRAD LTD. and METROPOLITAN STAPLE        )
CORP.,                                        )
     Plaintiffs,                              )
                                              )
     v.                                       )   Ct. Nos. 20-00052,
                                              )            20-00053
THE UNITED STATES, et al.,                    )
     Defendants.                              )
_____)

## ORDER

On consideration of the consent motion to stay filed by defendants, it is hereby

ORDERED that defendants' consent motion is granted and, it is further

ORDERED that, pending the resolution of plaintiffs' motions for preliminary injunction in this case, all other proceedings in this case, including the defendants' response to the complaint, is stayed, it is further

ORDERED that the parties shall file a joint status report no later than 14 days after the Court issues its order on plaintiffs' motions for preliminary

injunctions, in which the parties shall propose jointly or separately as the case may be, a schedule for further disposition of this case.

Date:  May ___, 2020  
       New York, NY

_____  
                     JUDGE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
          THE HONORABLE M. MILLER BAKER, JUDGE

_____
                                              )
J. CONRAD LTD. and METROPOLITAN STAPLE         )
CORP.,                                         )
       Plaintiffs,                             )
                                              )
       v.                                     )   Ct. Nos. 20-00052,
                                              )            20-00053
THE UNITED STATES, et al.,                     )
       Defendants.                             )
_____)

**DEFENDANTS' CONSENT MOTION TO STAY**

Pursuant to Rules 6, 7, and 12 of the Rules of the Court of International Trade, defendants respectfully request that the Court stay this matter pending resolution of plaintiffs' motions for preliminary injunctive relief. A stay would foster the just, speedy, and inexpensive resolution of this case. Counsel for plaintiff, Jeffrey Neeley, consented to the requested stay on May 11, 2020.

This case is one of nine pending matters challenging the President's decision to impose duties on derivative articles of steel and aluminum pursuant to Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862. *Proclamation 9980*, 85 Fed. Reg. 5,281 (Jan. 29, 2020). Plaintiffs sought to enjoin implementation of *Proclamation 9980* as to them, and the parties have submitted a significant volume of briefing and argument relating to plaintiffs' likelihood of success on the merits. Accordingly, a decision by the Court on the motions for preliminary injunction

might provide guidance to the parties regarding the future course of this case and, at the very least, would inform any arguments that the Government might make in a possible motion to dismiss.

Decisions to grant or deny stays are committed to the Court's discretion. *Landis v. N. Am. Co.*, 299 U.S. 248, 258 (1936). The Court has stayed litigation where a stay could "be expected to clarify the issues here, and to streamline these proceedings" absent real hardship to the parties. *An Giang Agri. & Food Imp. Exp. Co. v. United States*, 350 F. Supp. 2d 1162, 1163-64 (Ct. Int'l Trade 2004). Given the pendency of plaintiffs' motions for preliminary injunction, a stay thus would foster the just, speedy, and inexpensive resolution of this matter. USCIT R. 1.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/ TARA K. HOGAN
        Assistant Director

/s/ STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-5196
Email: stephen.tosini@usdoj.gov

May 13, 2020                                   Attorneys for Defendants

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Standard Chambers Procedure ¶ 2(B)(2), I hereby certify that this motion complies with the word-count limitation set forth in Standard Chambers Procedure ¶ 2(B)(1). In making this certification, I have relied upon the word count function of the Microsoft Word processing system used to prepare this motion. According to the word count, this brief contains 282 words.

s/Stephen C. Tosini