

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

| | |
|---|---|
| Jeffrey S. Neeley, Esq. | Stephen C. Tosini, Esq. |
| Nithya Nagarajan, Esq. | Kyle S. Beckrich, Esq. |
| Stephen W. Brophy, Esq. | Tara K. Hogan, Esq. |
| Husch Blackwell LLP | U.S. Department of Justice |
| 750 17th Street, NW | Commercial Litigation Branch - Civil |
| Suite 900 | Division |
| Washington, DC 20006 | P.O. Box 480 |
| | Ben Franklin Station |
| Joseph S. Diedrich, Esq. | Washington, DC 20044 |
| Husch Blackwell LLP | |
| 33 East Main Street | Anthony D. Saler, Esq. |
| Suite 300 | Kimberly Hsu, Esq. |
| Madison, WI 53703 | Of Counsel |
| | U.S. Department of Commerce |
| | Office of Chief Counsel for Industry and Security |
| | 1401 Constitution Avenue, NW |
| | Washington, DC 20230 |

April 15, 2021

Re:   *J. Conrad LTD v. United States et al.*, Court No. 20-00052

Dear Counsel:

In *PrimeSource Building Products, Inc. v. United States*, Slip Op. 21-08 (Jan. 27, 2021) (*"PrimeSource I"*) and *PrimeSource Building Products, Inc. v. United States*, Slip Op. 21-36 (Apr. 5, 2021) (*"PrimeSource II"*), this Court adjudicated a claim that in substance parallels the claim stated in Count 2 of the complaint in this case. In *PrimeSource II*, this Court entered summary judgment in favor of the plaintiff in that case, on the claim that

is substantially similar to the one stated in Count 2.  In light of the decisions reached in *PrimeSource I* and *PrimeSource II*, the court requests that each counsel consult with counsel for the other party with the objective of arriving at an agreed-upon proposed schedule or alternate procedure that will apply to the continuation of this litigation.  Should counsel not reach agreement, the court requests that each party submit a separate proposal.

      The court requests that counsel respond to this request by April 30, 2021.  Should you have any questions that require the court's involvement, please contact Ms. Cynthia Love by email at cynthia_love@cit.uscourts.gov or by telephone on 212-264-2923.  Thank you for your cooperation.

                                      Very truly yours,
                                      /s/ Jennifer Choe-Groves
                                      Jennifer Choe-Groves, Judge

                                      /s/ M. Miller Baker
                                      M. Miller Baker, Judge

                                      /s/ Timothy C. Stanceu
                                      Timothy C. Stanceu, Judge