UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE
THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| J. Conrad LTD<br><br>    Plaintiff,<br><br>                    v.<br><br>The United States *et al*.,<br><br>    Defendants. | Ct. No. 20-00052 |
| Metropolitan Staple Corp.<br><br>    Plaintiff,<br><br>                    v.<br><br>The United States *et al*.,<br><br>    Defendants. | Ct. No. 20-00053 |

## ORDER

Upon consideration of the Consent Motion to Amend the Stay, it is hereby

ORDERED that the above-captioned cases remain stayed on the merits until 30 days after the final resolution of all proceedings in *PrimeSource Building Products, Inc. v. United States*, CAFC Case No. 2021-2066, including all appeals and remand proceedings.

ORDERED that the Parties shall file a Joint Status Report within 30 days after the

the decision of the U.S. Court of Appeals for the Federal Circuit in *PrimeSource Building Products, Inc. v. United States,* 59 F.4th 1255 (Fed. Cir. 2023), becomes final, including all appeals and remand proceedings.

**SO ORDERED** this 26th day of July, 2023

   /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

   /s/ M. Miller Baker
M. Miller Baker, Judge

   /s/ Timothy C. Stanceu
Timothy C. Stanceu, Judge