# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
## THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
## THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| J. Conrad LTD<br><br>     Plaintiff,<br><br>                    v.<br><br>The United States *et al*.,<br><br>     Defendants. | Ct. No. 20-00052 |

| | |
|---|---|
| Metropolitan Staple Corp.<br><br>     Plaintiff,<br><br>                    v.<br><br>The United States *et al*.,<br><br>     Defendants. | Ct. No. 20-00053 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of

the United States Court of International Trade, having filed a stipulation of dismissal signed by all

parties who have appeared in this action and those actions listed on the attached schedule hereby

dismisses this action and those listed on the attached schedule.

Dated: February 5, 2024

Respectfully submitted,

/s/ Jeffrey S. Neeley
Jeffrey S. Neeley
Nithya Nagarajan
Stephen W. Brophy

**HUSCH BLACKWELL, LLP**
1801 Pennsylvania, Ave. N.W.
Suite 1000
Washington, D.C. 20006
Tel: (202) 378-2357
Fax: (202) 378-2319
Email: jeffrey.neeley@huschblackwell.com

*Counsel to J. Conrad LTD*
*and Metropolitan Staple Corp.*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Stephen Carl Tosini
STEPHEN CARL TOSINI
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-5196
Fax: (202) 514-7969
Email: stephen.tosini@usdoj.gov

*Counsel for Defendant United States*

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00053 | Metropolitan Staple Corp. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)